UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CASE NO. 1:11-00010 |
| | ) | JUDGE SHARP |
| JERAMIE HILL | ) | |
| LARRY GENE BLY | ) | |

## O R D E R

Pending before the Court is Defendant Hill's Motion to Set Change of Plea Hearing (Docket No. 134) and Defendant Bly's Motion to Set Change of Plea Hearing (Docket No. 135)

The motions are GRANTED and a hearing on a plea of guilty is hereby scheduled for Friday, August 2, 2013, at 9:00 a.m.

It is so ORDERED.

*(signed)*
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE