UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO. 1-11-00010 |
| ) | JUDGE SHARP |
| JERAMIE HILL [4] ) | |
| ) | |

**O R D E R**

Pending before the Court is Defendant's Motion to Continue Sentencing Hearing (Docket No. 228) to which the Government does not oppose.

The motion is GRANTED and the sentencing hearing scheduled for August 29, 2014, is hereby rescheduled for Tuesday, September 9, 2014, at 1:30 p.m.

It is so ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE