UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COOKEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 1:11-00010 - 004 |
| v. | ) | JUDGE SHARP |
| | ) | |
| JERAMIE HILL | ) | |

<u>UNITED STATES' MOTION TO PLACE DOCUMENT UNDER SEAL</u>

Comes now the United States, by and through the undersigned, and requests the court allow the filing of a pleading, contemporaneously filed herewith, under seal. A copy of the sealed pleading will be served via email on Thomas Drake Counsel for defendant Hill.

Respectfully submitted,

DAVID RIVERA
UNITED STATES ATTORNEY

/s/Van S. Vincent
Van S. Vincent
Assistant United States Attorney
110 Ninth Avenue South, Suite A-961
Nashville, Tennessee 37203
(615) 736-5151