UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CASE NO. 1-11-00010 |
| | ) | JUDGE SHARP |
| JERAMIE HILL [4] | ) | |
| | ) | |

**O R D E R**

Pending before the Court is Defendant's Rule 35 Motion to Correct Sentence (Docket No. 252).

The motion is GRANTED in part. The Judgment (Docket No. 246) entered on September 11, 2014, is corrected. Mr. Hill shall report to the institution designated by the Bureau of Prisons by 2:00 p.m. on October 6, 2014.

IT IS SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE